George GONECONTO et al.

v.

John R. VEADER et al.

No. 82–523–M.P.

Supreme Court of Rhode Island.

Feb. 17, 1983.

Joseph DeAngelis, Providence, for petitioner.

Joseph R. Palumbo, Jr., Newport, James Marusak, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

INSURANCE HOUSE, INC.

v.

Robert ROCCHIO et al.

No. 82–316–A.

Supreme Court of Rhode Island.

Feb. 17, 1983.

R.K. Sheridan, Jr., Providence, for plaintiff.

Marvin H. Homonoff, Providence, for defendant.

ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is hereby granted.

MURRAY, J., did not participate.

Frederick LAWTON, Jr.

v.

Donald O. ELLERTHORPE,
Warden ACI.

No. 82–517–M.P.

Supreme Court of Rhode Island.

Feb. 17, 1983.

Frederick Lawton, Jr., pro se.

Dennis J. Roberts II, Atty. Gen., Sharon O'Keefe, Sp. Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied.

MURRAY, J., did not participate.